394 A.2d 619

Devenney v. Inouye et al., Appellants.

Argued June 14, 1978. William F. Sutton, with him Arthur M. Toensmeier, for appellant, Inouye, M.D.;  Joseph P. Gallagher, submitted a

brief for appellant, Jeanes Hospital; Alan J. Winderman, with him Alexander Alarid, for appellee.

Order affirmed.